No. 210. MANUFACTURERS TRUST CO. ET AL. *v.* PRUDENCE SECURITIES ADVISORY GROUP ET AL.;

No. 211. ENDELMAN ET AL. *v.* PRUDENCE-BONDS CORP. ET AL.;

No. 214. KELBY, TRUSTEE, *v.* PRUDENCE SECURITIES ADVISORY GROUP ET AL.;

No. 259. PRUDENCE REALIZATION CORP. *v.* PRUDENCE-BONDS CORP.; and

No. 273. DAVISON *v.* PRUDENCE SECURITIES ADVISORY GROUP ET AL. See *ante,* p. 649.

No. 284. DENHAM *v.* MUNSON LINE, INC. See *ante,* p. 650.

No. 601. SAMPSELL, TRUSTEE IN BANKRUPTCY, *v.* IMPERIAL PAPER & COLOR CORP. January 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Thomas S. Tobin* for petitioner. *Mr. Hiram E. Casey* for respondent.